PETER B. MORRISON (CA SBN 230148 )
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| LORA SMITH and CYNTHIA HIMPLE, individually, and on behalf of the class of all others similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>           Defendant. | CASE NO.: 2:14-cv-06668-DSF-PLA<br><br>(1) NOTICE OF MOTION AND MOTION OF BANK OF AMERICA, N.A. TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, TO STAY THE ACTION;<br><br>(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO DISMISS OR STAY;<br><br>(3) REQUEST FOR INCORPORATION BY REFERENCE AND FOR JUDICIAL NOTICE;<br><br>(4) DECLARATION OF DOUG SMITH; and<br><br>(5) [PROPOSED] ORDERS (lodged under separate cover).<br><br>Hon. Dale S. Fischer<br><br>Assigned to:    Magistrate Judge Paul L. Abrams<br><br>Date:    December 15, 2014<br>Time:    1:30 p.m.<br>Courtroom:    840 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on December 15, 2014, at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Dale S. Fischer in Courtroom 840 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, CA 90012, Defendant BANK OF AMERICA, N.A. ("BANA"), will, and hereby does, move to dismiss with prejudice the Complaint of Plaintiffs Lora Smith and Cynthia Himple ("Plaintiffs") in its entirety, pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure. In the alternative, BANA requests that the Court stay the action based on the primary jurisdiction doctrine.

This Motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities, the Request for Incorporation by Reference and Judicial Notice, and the Declaration of Doug Smith, all of which are filed concurrently herewith; all of the pleadings and papers on file in this action; all matters of which this Court may take judicial notice; and on such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 31, 2014.

Dated: November 10, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/     *Peter B. Morrison*
          Peter B. Morrison

Attorneys for Defendant Bank of America, N.A.