JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA SMITH and CYNTHIA HIMPLE, individually, and on behalf of the class of all others similarly situated, | Case No. CV 14-6668 DSF (PLAx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A., a national banking association, | |
| Defendant. | |
| _____ | |

  The Court having granted defendant's motion to dismiss plaintiffs' class action Complaint,

  IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed without prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

   2/4/15

Dated: _____

_____
Dale S. Fischer
United States District Judge