PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
DOUGLAS A. SMITH (SBN 290598)
douglas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant BANK OF AMERICA, N.A.

*Additional counsel listed on following page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORA SMITH and CYNTHIA HIMPLE, individually, and on behalf of the class of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>  Defendant. | CASE NO: 2:14-cv-06668-DSF-PLA<br><br>**STIPULATION TO SET THE BRIEFING AND HEARING SCHEDULE ON DEFENDANT BANK OF AMERICA'S RESPONSE TO THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Dale S. Fischer<br><br>Assigned to:   Magistrate Judge Paul L. Abrams |

---

STIPULATION TO SET THE BRIEFING AND HEARING SCHEDULE ON DEFENDANT BANK OF AMERICA'S
RESPONSE TO THE THIRD AMENDED CLASS ACTION COMPLAINT

DAVID J. VENDLER (SBN 146528)
dvendler@mpplaw.com
Law Offices of David J. Vendler
2700 South Oak Avenue
San Marino, CA 91108
Telephone:  213-700-5194

MICHAEL R. BROWN (SBN 65324)
mbrown@mrbapclaw.com
Michael Brown Law Offices APC
18101 Von Karman Avenue
Suite 1900
Irvine, CA 92612
Telephone:  949-435-3888
Fax:          949-435-3801

Attorneys for Plaintiffs Lora Smith and Cynthia Himple.

1 | Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) governing extensions of time and Local Rule 7-1 governing stipulations, Plaintiffs Lora Smith and Cynthia Himple ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA," and collectively with Plaintiffs, the "Parties"), submit this stipulation.

**WHEREAS**, pursuant to the Court's July 2, 2018, order [ECF No. 68], Plaintiffs filed a Third Amended Class Action Complaint ("TAC") against BANA on Monday, July 30, 2018;

**WHEREAS**, pursuant to the Court's July 2, 2018, order [ECF No. 68], the deadline for BANA to respond to the TAC is Saturday, August 11, 2018;

**WHEREAS**, under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may modify forthcoming deadlines for "good cause," *see generally Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (stating that "requests for extensions of time made [under Rule 6(b)(1) and] before the applicable deadline has passed should normally. . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party" and noting that "'[g]ood cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts" (quotations omitted));

**WHEREAS**, BANA presently intends to move to dismiss the TAC (the "Motion") instead of filing an answer;

**WHEREAS**, the Parties desire to set a briefing and hearing schedule on the Motion;

**WHEREAS**, BANA seeks additional time beyond the 11 days provided under the schedule set forth in the Court's July 2, 2018, order to file its response to the TAC given that the TAC includes more than 45 paragraphs of new allegations;

**WHEREAS**, the Court's 11-day period for filing a response to the amended complaint is shorter than the 14-day period provided by default in Federal Rule of Civil Procedure 15(a)(3);

STIPULATION TO SET THE BRIEFING AND HEARING SCHEDULE ON DEFENDANT BANK OF AMERICA'S RESPONSE TO THE THIRD AMENDED CLASS ACTION COMPLAINT

**WHEREAS**, the Court's order set the filing deadline for BANA's response to the TAC on August 11, which is a Saturday as opposed to a business day;

**WHEREAS**, counsel for both sides have several briefs due in August in other matters, as well as pre-existing vacations during August;

**WHEREAS**, BANA is only requesting a two-week extension for the filing of a motion to dismiss;

**WHEREAS**, Plaintiffs are only requesting a 30-day period of time to file an opposition brief;

**WHEREAS**, BANA is only requesting less than two weeks to file a reply brief;

**WHEREAS**, under the proposed briefing schedule, the Court will receive all briefs in support of and in opposition to the Motion 14 days before the hearing date, consistent with Local Rule 7-10;

**IT IS HEREBY STIPULATED AND AGREED THAT**, by and between counsel for the undersigned parties, and subject to the approval and availability of the Court, the Parties agree to the following briefing and hearing schedule on BANA's Motion:

| Event | Date |
|---|---|
| BANA's Motion In Response to the TAC | Friday, August 24, 2018 |
| Plaintiffs' Opposition to BANA's Motion | Tuesday, September 25, 2018 |
| BANA's Reply In Support of Motion | Monday, October 8, 2018 |
| Hearing on BANA's Motion | Monday, October 22, 2018, at 1:30 p.m., PT |

Dated: August 2, 2018

LAW OFFICES OF DAVID J. VENDLER

By: /s/     *David. J. Vendler*
David J. Vendler
Attorney for Plaintiffs Smith and Himple

2

STIPULATION TO SET THE BRIEFING AND HEARING SCHEDULE ON DEFENDANT BANK OF AMERICA'S RESPONSE TO THE THIRD AMENDED CLASS ACTION COMPLAINT

|   |   |
|---|---|
| Dated: August 2, 2018 | MICHAEL BROWN LAW OFFICES APC<br><br>By: /s/    *Michael R. Brown*<br>         Michael R. Brown<br>Attorney for Plaintiffs Smith and Himple |

|   |   |
|---|---|
| Dated: August 2, 2018 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/    *Peter B. Morrison*<br>         Peter B. Morrison<br>Attorneys for Defendant Bank of America, N.A. |

### **ATTESTATION**

I, Peter B. Morrison, attest that the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/    *Peter B. Morrison*
         Peter B. Morrison

STIPULATION TO SET THE BRIEFING AND HEARING SCHEDULE ON DEFENDANT BANK OF AMERICA'S RESPONSE TO THE THIRD AMENDED CLASS ACTION COMPLAINT