UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORA SMITH and CYNTHIA HIMPLE, individually, and on behalf of the class of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>        Defendant. | CASE NO: 2:14-cv-06668-DSF-PLA<br><br>**ORDER SETTING THE BRIEFING AND HEARING SCHEDULE ON DEFENDANT BANK OF AMERICA'S RESPONSE TO THE THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Dale S. Fischer<br><br>Assigned to:    Magistrate Judge Paul L. Abrams |

# ORDER

After considering the Parties' "Stipulation to Set the Briefing and Hearing Schedule on Defendant Bank of America's Response to the Third Amended Class Action Complaint," and good cause appearing,

**THE COURT HEREBY ORDERS** the following schedule:

| Event | Deadline |
|---|---|
| BANA's Motion In Response to TAC | Friday, August 24, 2018 |
| Plaintiffs' Opposition to BANA's Motion | Tuesday, September 25, 2018 |
| BANA's Reply In Support of Motion | Monday, October 8, 2018 |
| Hearing on BANA's Motion | Monday, October 22, 2018, at 1:30 p.m., PT |

**IT IS SO ORDERED.**

DATED:  8/10/18

_____
Hon. Dale S. Fischer
United States District Judge