PETER B. MORRISON (CA SBN 230148)
Peter.Morrison@skadden.com
DOUGLAS A. SMITH (CA SBN 290598)
Douglas.Smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendant BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORA SMITH and CYNTHIA HIMPLE, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>Defendant. | CASE NO.: 2:14-cv-06668-DSF-PLA<br><br>**(1) NOTICE OF MOTION AND MOTION OF BANK OF AMERICA, N.A. TO DISMISS THE THIRD AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6);**<br><br>*Filed Concurrently Herewith*:<br><br>(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO DISMISS;<br><br>(3) [PROPOSED] ORDER ON BANK OF AMERICA, N.A.'S MOTION TO DISMISS;<br><br>(4) REQUEST FOR INCORPORATION BY REFERENCE AND FOR JUDICIAL NOTICE AND DECLARATION OF ALEXANDRA RUBOW; and<br><br>(5) [PROPOSED] ORDER ON BANK OF AMERICA'S REQUEST FOR INCORPORATION BY REFERENCE AND FOR JUDICIAL NOTICE.<br><br>Judge:         Hon. Dale S. Fischer<br>Date:          October 22, 2018<br>Time:         1:30 p.m.<br>Courtroom: 7D |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 22, 2018, at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable Dale S. Fischer in Courtroom 7D of the above-entitled Court, located at First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendant Bank of America, N.A., will, and hereby does, move to dismiss with prejudice the Third Amended Complaint of Plaintiffs Lora Smith and Cynthia Himple in its entirety, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This Motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities, the Request for Incorporation by Reference and Judicial Notice, and the Declaration of Alexandra Rubow and accompanying exhibits, all of which are filed concurrently herewith; all of the pleadings and papers on file in this action; all matters of which this Court may take judicial notice; and on such other and further oral or documentary evidence as may be presented to the Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 1 and 9, 2018.

Dated:  August 24, 2018

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Peter B. Morrison*_____
Peter B. Morrison
Attorneys for Defendant Bank of America, N.A.