UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORA SMITH and CYNTHIA HIMPLE, individually, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>Defendant. | CASE NO.: 2:14-cv-06668-DSF-PLA<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. Dale S. Fischer<br>Courtroom:    7D |

**ORDER**

Pursuant to Rule 41(a)(1)(A)(ii), Lora Smith and Cynthia Himple ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA," and collectively with Plaintiffs, the "Parties") have filed a joint stipulation to (1) dismiss with prejudice the individual claims of Plaintiffs Lora Smith and Cynthia Himple against Defendant BANA due to a settlement and (2) dismiss without prejudice the claims of any putative class members. Having considered the request, the Court **GRANTS** the motion. The Court **DISMISSES WITH PREJUDICE** Plaintiffs Smith's and Himple's claims against Defendant BANA and **DISMISSES WITHOUT PREJUDICE** the claims of any putative class members. The Clerk **SHALL CLOSE** this case.

**IT IS SO ORDERED.**

DATED: September 30, 2019

_____
Hon. Dale S. Fischer
United States District Judge